ANNA WEIGAND, Respondent, *v.* UNITED TRACTION COMPANY, Appellant.

Reported below, 175 App. Div. 961.
(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the grounds that no questions of law were involved; that the exceptions were frivolous and the appeal without merit, and taken for the purpose of delay.

*Owen D. Connolly* for motion.

*John T. Norton* opposed.

Motion denied, with ten dollars costs.